**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7757**

———————

SYLVESTER CRUDUP,

                        Plaintiff - Appellant,

     versus

MARCIA SEAY, Grievance Coordinator/
Institutional Ombudsman; S. HUGHES, Grievance,
Institutional Ombudsman; L. B. COLLINS, Inmate
Hearing Officer; K. ORIE, Correctional
Officer; W. BEST, Lieutenant, Correctional
Officer; A. NETHERLAND, Captain, Correctional
Officer; A. S. SCOTT, Captain, Correctional
Officer; J. KEITT, Captain, Correctional
Officer; L. BOOKER, Correctional Officer; S.
MOORE, Sergeant, Correctional Officer; A. L.
JOHNSON, Captain, Correctional Officer; W.
PENN, Correctional Officer; SUSAN CARSON,
Operations Officer; C. C. MURPHY, Assistant
Warden of Operations; ALTON BASKERVILLE,
Warden; W. P. ROGER, Regional Director; P. M.
HENICK, Regional Ombudsman,

                        Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-02-755-2)

———————

Submitted: February 20, 2003    Decided: February 26, 2003

———————

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Sylvester Crudup, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sylvester Crudup appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See <u>Crudup v. Seay</u>, No. CA-02-755-2 (E.D. Va. Oct. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>